## IN THE SUPREME COURT OF THE STATE OF NEVADA

SATICOY BAY LLC SERIES 2818 CALLE DEL ORO, A NEVADA LIMITED LIABILITY COMPANY,

Appellant,

vs.

WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR CSMC 2017-RPL2 TRUST, A NATIONAL ASSOCIATION,

Respondent.

No. 84239

FILED

JUL 2 8 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the joint motion of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Veronica Barisich, District Judge
Thomas J. Tanksley, Settlement Judge
Roger P. Croteau & Associates, Ltd.
Smith Larsen & Wixom
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-23772